THE BROOKLYN CITY RAILROAD COMPANY, Respondent, v. GROVER A. WHALEN, Individually and as Commissioner of Plant and Structures of the City of New York, Appellant.— Order of the Special Term granting plaintiff's motion to strike out the amended answer reversed, without costs, and motion denied, without costs. We are not prepared to say that the allegations contained in the amended answer were so palpably without merit as to justify the conclusion that the purpose of the inter-

position of that pleading was for delay. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.